IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIE E. REEVES, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.  05-757 DRH |
| ) | |
| **ENVIRES, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

It appearing to the Court that the plaintiff has failed to effect service as required by the Clerk's Notice of Impending Dismissal for Want of Prosecution dated April 18, 2006, and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein be, and it is hereby **DISMISSED** without prejudice against defendants, EnriRes, LLC, DTX Technologies, LLC, Triad Research, LLC, Kentucky Founders, LLC, Marothon Ashland Petroleum, LLC and Slay Industries.

DATED:    This   5th    day of June, 2006.

/s/              David   RHerndon
**UNITED STATES DISTRICT JUDGE**